O

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERMAN ALBERT GOMEZ,<br><br>Petitioner<br><br>v.<br><br>GEORGE JAIME,<br><br>Respondent. | Case No. 2:19-cv-00123-JGB (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: June 7, 2019

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE