UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERMAN ALBERT GOMEZ,<br>Petitioner<br>v.<br>GEORGE JAIME,<br>Respondent. | Case No. 2:19-cv-00123-JGB (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all documents filed and lodged in this action, the Report and Recommendation of United States Magistrate Judge [Dkt. 10,"Report"], and Petitioner's Objections to the Report [Dkt. 19]. The Court has conducted a de novo review of those matters to which objections have been stated.

Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that: (1) the Motion to Dismiss [Dkt. 5] is GRANTED; (2) the Petition is DISMISSED as untimely; and (3) Judgment shall be entered dismissing this action with prejudice.

DATE: September 26, 2019

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE