JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERMAN ALBERT GOMEZ,<br>Petitioner<br>v.<br>GEORGE JAIME,<br>Respondent. | Case No. 2:19-cv-00123-JGB (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: September 26, 2019

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE